THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  SCOTT NETTLETON,                          CASE NO. C19-1684-JCC

10              Plaintiff,                    MINUTE ORDER

11         v.

12  UNITED PARCEL SERVICE INC,

13              Defendant.

14

15      This matter comes before the Court on the parties' stipulated motion for leave for

16  Plaintiff Scott Nettleton to amend the complaint (Dkt. No. 20). Defendant United Parcel Service

17  consents to the amendment, and it is proper under Rule 15. *See* Fed. R. Civ. P. 15(a)(2) ("a party

18  may amend its pleading . . . with the opposing party's consent"). "Once the adverse party has

19  consented to the amendment of a pleading, the court has no control over the matter under Rule

20  15(a)." *Fern v. United States*, 213 F.2d 674, 677 (9th Cir. 1954).

21      Accordingly, the Court GRANTS the parties' stipulated motion. Plaintiff Scott Nettleton

22  must file the amended complaint within 14 days of this order. The amended complaint may not

23  differ from the complaint attached to the parties' motion at Dkt. No. 20-1.

24      //

25      //

26      //

1   DATED this 7th day of October 2020.

2

3            William M. McCool
               Clerk of Court

4            s/Tomas Hernandez
               Deputy Clerk

MINUTE ORDER
C19-1684-JCC
PAGE - 2