THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT NETTLETON, | CASE NO. C19-1684-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED PARCEL SERVICE INC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Trial in this matter is currently set for January 10, 2022. (Dkt. No. 42.) To provide the Court with adequate time to address any pretrial issues the parties may wish to present, and to promote judicial economy, the Court hereby ORDERS that:

1. The Civil Trial Scheduling Order is MODIFIED as follows:

| Event | Deadline |
|---|---|
| Proposed Pretrial Order | December 13, 2021 |
| Trial Briefs, Proposed Voir Dire, and Proposed Jury Instructions | January 5, 2022 |
| Motions *in Limine* | December 16, 2021; oppositions due December 27, 2021. *See* W.D. Wash. Local Civ. R. 7(d)(4) |

2. All other deadlines remain in effect.

MINUTE ORDER
C19-1684-JCC
PAGE - 1

DATED this 12th day of October 2021.

<u>Ravi Subramanian</u><br>
Clerk of Court<br><br>
<u>s/Sandra Rawski   </u><br>
Deputy Clerk

MINUTE ORDER
C19-1684-JCC
PAGE - 2